IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Kansas City Docket)

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

99 OCT 19 PM 4:35

RALPH L. DELOACH
CLERK
BY_____ DEPUTY
AT KANSAS CITY, KS.

| | |
|---|---|
| UNITED STATES OF AMERICA, | } |
| Plaintiff, | } |
| vs. | } Case No. 99-20081-01-GTV |
| WARREN DARRELL RICHARDSON, | } |
| Defendant. | } |

## INDICTMENT

The Grand Jury Charges:

### COUNT 1

That on or about July 12, 1999, within the District of Kansas,

**WARREN DARRELL RICHARDSON,**

the defendant herein, knowingly and intentionally possessed with the intent to distribute more than 50 grams of a mixture or substance containing a detectable amount of cocaine base (crack cocaine), a Schedule II controlled substance, within 1,000 feet of a public secondary school, the Kansas School for the Visually Handicapped, 1100 State Ave., Kansas City, Kansas, in violation of Title 21, United States Code, Sections 841(a)(1) and 860(a).

## COUNT 2

That on or about July 12, 1999, within the District of Kansas,

**WARREN DARRELL RICHARDSON,**

the defendant herein, knowingly used and carried a firearm, a Ruger P90 .45 caliber semi-automatic pistol, serial number 660-22495, during and in relation to, and possessed a firearm, a Ruger P90 .45 caliber semi-automatic pistol, serial number 660-22495, in furtherance of, a drug trafficking crime, possession of cocaine base with the intent to distribute it, for which he may be prosecuted in a court of the United States. This is in violation of Title 18, United States Code, Section 924(c)(1)(A) with reference to Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 3

That on or about July 12, 1999, within the District of Kansas,

**WARREN DARRELL RICHARDSON,**

the defendant herein, having been convicted of crimes punishable by imprisonment for a term exceeding one year in Wyandotte County, Kansas, District Court Case Numbers 93 CR 0969 and 97 CR 1653, knowingly possessed in and affecting commerce ammunition, to wit: nine .45 caliber bullets; and a firearm, to wit: a Ruger P90 .45 caliber semi-automatic pistol, serial number 660-22495, in violation of Title 18, United States Code, Section 922(g) and 924(a)(2).

## COUNT 4

That on or about August 31, 1999, within the District of Kansas,

**WARREN DARRELL RICHARDSON,**

the defendant herein, having been convicted of crimes punishable by imprisonment for a term exceeding one year in Wyandotte County, Kansas, District Court Case Numbers 93 CR 0969 and 97

CR 1653, knowingly possessed in and affecting commerce a firearm, to wit: a Ruger P89 DC 9 mm. semi-automatic pistol, serial number 302-54363, in violation of Title 18, United States Code, Section 922(g) and 924(a)(2).

**A TRUE BILL**

_10-19-99_
Date

_Beth Grant_
FOREMAN OF THE GRAND JURY

By: _[signature]_
JACKIE N. WILLIAMS, Sup. Ct. No. 07333
United States Attorney
301 N. Main, Suite 1200
Wichita, Kansas 67202
(316) 269-6481

[It is requested that trial be held in Kansas City, Kansas.]

Bond set at: _detention_
WARREN DARRELL RICHARDSON

_[signature]_
UNITED STATES MAGISTRATE JUDGE

3

**Penalties:**

Count 1 -- Possession with intent to distribute cocaine base [21 U.S.C. § 841(a)(1)]:

- 10 years to life in prison, unless prior felony drug offense, then 20 years to life.
- Maximum fine of $4 million, unless prior felony drug offense, then $8 million.
- Minimum of five years supervised release, unless prior felony drug offense, then minimum of 10 years supervised release.
- $100 special assessment.

Count 2 -- Possession of a firearm in furtherance of a drug trafficking crime [18 U.S.C. § 924(c)]:

- A mandatory five years in prison, which must be consecutive to any other sentence imposed herein.
- Maximum fine of $250,000.
- Minimum of three years supervised release.
- $100 special assessment.

Count 3 & 4 -- Felon in possession of a firearm [18 U.S.C. § 922(g)(1); penalties at 18 U.S.C. § 924(a)(2)]:

- Maximum of 10 years in prison.
- Maximum $250,000 fine.
- Maximum of 3 years supervised release.
- $100 special assessment.